MATHEWS *et al.* v. TAYLOR COUNTY *et al.*

FISH, C. J. It not appearing that any question of law was passed on by the trial judge in rendering the judgment complained of, but it appearing that the case as presented turned on issues of fact and that the evidence was conflicting, there was no abuse of discretion in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

Argued November 4,—Decided November 18, 1907.

Petition for injunction. Before Judge Little. Taylor superior court. September 14, 1907.

*Hardeman & Jones* and *C. B. Marshall,* for plaintiffs.

*W. E. Steed* and *O. M. Colbert,* for defendants.